UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States of America, | ) | Criminal No. 18-138 (PJS/LIB) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **DEFENDANT'S MOTION TO SEAL** |
| Alexander Levi Blackwell, | ) | **DOCUMENT** |
| | ) | |
| Defendant. | ) | |

The defendant, by and through undersigned counsel, hereby moves the Court for an Order sealing specific document in the above-referenced matter.

This Motion is based upon the records and proceedings in this matter.

Dated:   August 17, 2018

Respectfully submitted,

*s/ Reynaldo A. Aligada, Jr.*

REYNALDO A. ALIGADA, JR.
Attorney ID No. 319776
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415