UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 18-138 (PJS/LIB)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALEXANDER LEVI BLACKWELL, )<br>)<br>Defendant. ) | **ORDER** |

Katharine T. Buzicky, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Reynaldo A. Aligada, Jr., Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

This matter comes before the Court on defendant's Motion to Seal Document. [Docket No. 51]. Based upon all the records and proceedings herein,

IT IS HEREBY ORDERED that the defendant's Motion to Seal Document [Docket No. 51] is DENIED. However, the defendant is given leave to file his memorandum in support of his Motion to Suppress Fruits of Unlawful Arrest and Search and Seizure and Statements by identifying by initials only the minor who is the alleged victim of the charged offense.

Dated:  August 21, 2018              s/Leo I. Brisbois
                                     Leo I. Brisbois
                                     U.S. Magistrate Judge