UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 18-138 (PJS/LIB)

UNITED STATES OF AMERICA,

      Plaintiff,

v.                            **STATEMENT OF REDACTION**

ALEXANDER LEVI BLACKWELL,

      Defendant.

In accordance with Local Rule 5.5, I have reviewed the transcript of Evidentiary Hearing, docket number 48, filed on August 7, 2018, in the above-captioned matter, filed a timely Notice of Intent to Request Redaction, and have located personal data identifiers (PDI) in the transcript that must be redacted pursuant to Fed. R. Civ. P. 5.2 or Fed. R. Crim. P. 49.1. I hereby request the court reporter to redact the following PDI in the transcript:

| Description of PDI to be Redacted | Page and Line Number of PDI to be Redacted | Redacted PDI to Read As |
|---|---|---|
| Home Address | P 26 L 6 | XX Ixxxx Bxxxxxxxx |
| Home Address | P 26 L 10 | XXXX |
| Initials of Minor | P 30 L 11 | XXX |
| Initials of Minor | P 30 L 24 | XXX |
| Initials of Minor | P 31 L 1 | XXX |
| Name of Minor | P 31 L 2 | Xxxxxx |
| Name of Minor | P 32 L 23 | Xxxxxx |
| Name of Minor | P 33 L 3 | Xxxxxx |
| Name of Minor | P 33 L 5 | Xxxxxx |
| Initials of Minor | P 33 L 6 | X, XXX |
| Name of Minor | P 33 L 8 | Xxxxxx Xxxxxx Xxxxx |
| Name of Minor | P 36 L 8 | Xxxxxx Xxxxx |

| | | |
|---|---|---|
| Name of Minor | P 36 L 10 | Xxxxxx |
| Name of Minor | P 36 L 11 | Xxxxx |
| Name of Minor | P 37 L 17 | Xxxxxx Xxxxx |
| Name of Minor | P 51 L 18 | Xxxxxx |
| Name of Minor | P 51 L 19 | Xxxxxx's |
| Name of Minor | P 52 L 9 | Xxxxxx |
| Name of Minor | P 58 L 17 | Xxxxxxs |
| Name of Minor | P 58 L 18 | Xxxxxx Xxxxxx Xxxxx |
| Name of Minor | P 69 L 16 | Xxxxxx Xxxxx |
| Name of Minor | P 70 L 1 | Xxxxxx Xxxxx |
| Identifier of Minor | P 70 L 2 | Xxxxxxxx |
| Name of Minor | P 84 L 20 | Xxxxxx Xxxxx |
| Name of Minor | P 87 L 18 | Xxxxxx Xxxxx |
| Name of Minor | P 92 L 23 | Xxxxxx Xxxxx |
| Name of Minor | P 94 L 11 | Xxxxxx |
| Name of Minor | P 100, L 4 | Xxxxxx – Xxxxxx's |
| Initials of Minor | P 100 L 25 | XXX |
| Initials of Minor | P 101 L 10 | XXX |

I understand that the redacted version of the transcript will be filed within 31 days of the date the original transcript was filed but that the court reporter will not provide me with a copy of the redacted transcript. I understand that if I purchased a copy of the transcript from the court reporter, I may remotely access the electronic version of the redacted transcript on CM/ECF, and that PACER fees will apply if I access the transcript

electronically. I also understand that after the 90-day restriction period, the redacted version of the transcript may be remotely electronically available to the public.

Dated: August 21, 2018

                                        Respectfully Submitted,

                                        ERICA H. MacDONALD
                                        United States Attorney

                                        *s/ Katharine T. Buzicky*
                                        BY: KATHARINE T. BUZICKY
                                        Assistant U.S. Attorney
                                        Attorney 18ID No. 671031